# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00161-CR
## NO. 03-05-00162-CR
## NO. 03-05-00163-CR

**Robert Anthony Wedmer, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURTS OF BELL COUNTY, 27TH & 264TH JUDICIAL DISTRICTS
### NOS. 56346, 56650 & 56651, HONORABLE RICK MORRIS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Robert Anthony Wedmer seeks to appeal from judgments of conviction for violating a protective order.  The trial court has certified, and the record confirms, that these are plea bargain cases and Wedmer has no right of appeal.  *See* Tex. R. App. P. 25.2(a)(2).  The appeals are dismissed.  *See id*. rule 25.2(d).

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Dismissed for Want of Jurisdiction

Filed:   April 19, 2005

Do Not Publish